IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE and MAXIE BONDURANT,<br><br>Defendants. | 8:16-CV-498<br><br>ORDER |

This matter is before the Court following its November 4, 2016 Memorandum and Order, in which it granted the plaintiff's motion for a temporary restraining order. Filing 15. Pursuant to that Memorandum and Order, this Court forbade the defendants from conducting certain activity related to their former employment with the plaintiff, Woodmen of the World Life Insurance Society. *See* filing 15 at 3-4. The Court also noted that, pursuant to Fed. R. Civ. P. 65(b)(3), it would set a hearing for a preliminary injunction within 14 days of the issuance of the Memorandum and Order. Accordingly,

IT IS SO ORDERED:

1. The hearing on the plaintiff's motion for a preliminary injunction will be held November 28, 2016 at 2:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE.

2. The defendants shall appear, in person or through counsel, and should be prepared to show cause as to why the Court should not convert the temporary restraining order to a preliminary injunction.

3. The plaintiff shall provide notice of the November 28, 2016 hearing to the defendants, and file proof of such notice upon issuance.

4. For the reasons stated in the previous Memorandum and Order, and pursuant to Fed. R. Civ. P. 65(b)(2), the temporary restraining order is hereby extended until December 2, 2016.

Dated this 18th day of November, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -