IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE and MAXIE BONDURANT,<br><br>Defendant. | 8:16-CV-498<br><br>MEMORANDUM AND ORDER |

    This matter is before the Court on the parties' joint motion to continue. Filing 18. That motion will be granted.

    In its November 4, 2016 Memorandum and Order, this Court granted the plaintiff's motion for a temporary restraining order, forbidding the defendants from conducting certain activity related to their former employment with the plaintiff. *See* filing 15 at 34. In a subsequent Order, entered November 18, the Court scheduled a hearing on the plaintiff's motion for preliminary injunction for November 28. Filing 17. The Court also extended the temporary restraining order, pursuant to Fed. R. Civ. P. 65(b)(2), until December 2. *See* filing 17 at 1-2.

    The parties now seek to continue the hearing on the plaintiff's motion for preliminary injunction. As part of this request, the parties stipulate that the temporary restraining order shall remain in effect "until such time that Plaintiff's motion for preliminary injunction can be heard." Filing 18 at 1. Accordingly,

    IT IS ORDERED:

    1.    The parties' joint motion to continue is granted.

    2.    The hearing scheduled for November 28, 2016 is continued.

    3.    The parties are ordered to confer and contact the undersigned's judicial assistant for purposes of rescheduling the hearing.

4. The temporary restraining order, by agreement of the parties, shall remain in full force and effect until further order of the Court.

5. The defendants may file a brief and evidence opposing preliminary injunction on or before December 19, 2016.

6. The plaintiff may reply in support of its request for preliminary injunction on or before December 30, 2016.

Dated this 23rd day of November, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -