IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE, AND MAXIE BONDURANT,<br><br>Defendants. | 8:16CV498<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jennifer Turco Meyer, individually and on behalf of Dyer Law, PC, LLO as Counsel for Defendants, (Filing No. 25), is granted.

December 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge