IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE, and MAXIE BONDURANT,<br><br>Defendants. | 8:16CV498<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) On or before November 7, 2017, Defendant Bondurant shall either file his contemplated petition for bankruptcy relief or he shall fully respond to Plaintiff's written discovery.

2) The motion to withdraw filed by Ari D. Riekes, as counsel of record for Defendant Bondurant, (Filing No. 72), is denied without prejudice to re-filing:

   a) after Defendant Bondurant complies with paragraph 1 of this order; or

   b) after November 7, 2017, if counsel is convinced he can no longer represent Defendant Bondurant's interests in this litigation.

Dated this 24th day of October, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge