IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE and MAXIE BONDURANT,<br><br>　　　　　Defendants. | 8:16-CV-498<br><br>ORDER |

　　　This matter is before the Court on the suggestion of the defendant Maxie Bondurant's bankruptcy. Filing 74. NEGenR 1.5(a)(1) provides that

> [u]pon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy. If any party files a motion requesting referral of the case to the bankruptcy court, the case is referred to the bankruptcy court for further action. Upon receiving the referral, the bankruptcy judge requests status reports from the parties. After reviewing the status reports, the bankruptcy judge determines whether the case should proceed in bankruptcy court or be returned to district court. If the case is to be returned to district court, the bankruptcy judge files a report and recommendation concerning withdrawal of the reference. The report includes a recommendation regarding the necessity of the

debtor's participation in the case, and, if appropriate, the bankruptcy judge enters an order in the bankruptcy case granting relief from the automatic stay to allow the case to proceed with the debtor as a party.

IT IS ORDERED:

1.  This case is stayed as to defendant Maxie Bondurant.

2.  The case may proceed as to defendant Robert Weathersbee.

Dated this 1st day of November, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge