IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE, and MAXIE BONDURANT,<br><br>Defendants. | 8:16CV498<br><br>**ORDER** |

On November 1, 2017, Ari D. Riekes, Steven J. Riekes, and the law firm of Marks, Clare and Richards, LLC, filed a motion to withdraw as counsel for Defendant Maxie Bondurant ([Filing No. 75](Filing No. 75)), followed by an amended motion requesting the same relief ([Filing No. 76](Filing No. 76)).

Accordingly, IT IS ORDERED:

The amended motion to withdraw ([Filing No. 76](Filing No. 76)) filed by Ari D. Riekes, Steven J. Riekes, and the law firm of Marks, Clare and Richards, LLC, is granted.

The clerk's office shall mail a copy of this order to Defendant Maxie Bondurant at: 3209 Elcano Lane, Cantonment, FL 32533.

Dated this 2nd day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge