IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEATHERSBEE, and MAXIE BONDURANT,<br><br>Defendants. | 8:16CV498<br><br>**ORDER** |

1) The motion to withdraw filed by Ari D. Riekes, as counsel of record for Defendant Weathersbee (Filing No. 85), is granted.

2) On or before March 14, 2018, Defendant Weathersbee shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or a default judgment against Defendant Weathersbee.

3) The clerk shall mail a copy of this order to Robert Weathersbee, 5590 Hannah Street, Milton, Florida 32570.

February 28, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge