IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | |
| Plaintiff, | 8:16-CV-498 |
| vs. | ORDER |
| ROBERT WEATHERSBEE and MAXIE BONDURANT, | |
| Defendants. | |

This matter is before the Court on the plaintiff's motion for relief (filing 92) from the automatic stay issued as to defendant Maxie Bondurant, *see* filing 77. On April 4, 2018, the United States Bankruptcy Court for the Northern District of Florida granted the plaintiff's request for relief from the automatic bankruptcy stay so it could pursue its claims against Bondurant in this Court. Filing 92-1 at 1. Accordingly, the Court will lift the litigation stay as to Bondurant.

IT IS ORDERED:

1. The plaintiff's motion for relief from the automatic stay (filing 92) is granted.

2. The automatic stay (filing 77) is lifted.

3. The case may proceed as to defendant Maxie Bondurant.

Dated this 20th day of April, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge