IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Fraternal Benefit Society;<br><br>Plaintiff,<br><br>vs.<br><br>MAXIE BONDURANT,<br><br>Defendant. | **8:16CV498**<br><br>**SHOW CAUSE ORDER** |

A telephonic hearing was convened on June 6, 2018 to discuss Defendant Bondurant's failure to respond to Plaintiff's discovery. (Filing No. 102). Notice of the hearing was sent to Defendant Bondurant at his last known address three weeks in advance of the hearing. (Filing No. 97). That mailing was not returned.

Counsel for Plaintiff, along with Defendant Weathersbee, appeared at the hearing. Defendant Bondurant did not, and he has not contacted my chambers to explain his absence.

Accordingly,

IT IS ORDERED:

1) Defendant Bondurant is given until June 29, 2018 to show cause why the court should not enter a default and/or default judgment against him for failing to respond to discovery or to comply with the court's order requiring attendance at the noticed hearing on that issue. Defendant Bondurants's failure to timely comply with this show cause order may

result in an entry and/or judgment of default against him, and a finding of contempt of court, without further notice.

2) The Clerk shall set a case management deadline for July 2, 2018 to check on the status of Defendant Bondurant's compliance.

3) The clerk shall mail a copy of this order to Maxie Bondurant, 3209 Elcano Lane, Cantonment, FL 32533.

June 8, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge